

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Appellant's brief is due June 30, 2014. On June 10, 2014, appellant filed a motion for extension of time asking for a 90-day extension of time to file his brief, i.e., to September 30, 2014. Appellant's motion is **GRANTED IN PART and DENIED IN PART**. We grant appellant an extension of time to **August 29, 2014**, sixty days from the original due date. Appellant is not precluded from filing an additional motion for extension of time to file the brief if one is necessary.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court